IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OWEN HARTY,** | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 19-4127 |
| | : | |
| **NEM LIMITED PARTNERSHIP,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this __12th__ day of August 2021, upon consideration of Defendant Nem Limited Partnership's Motion for Summary Judgment (ECF 18) and Plaintiff Owen Harty's Motion for Summary Judgment (ECF 22), along with the parties' respective responses (ECFs 19 and 24), **IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Motion for Summary Judgment is **GRANTED** and Defendant's Motion is **DENIED**.[1]

The Motion to Compel (ECF 13) is **DENIED AS MOOT**.

BY THE COURT:

/s/ Petrese B. Tucker

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated August 12, 2021.